

FILED

NOV 12 2010

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Del. Rev. 12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

_Otis Michael Bridgeforth_

_____

(Name of Plaintiff or Plaintiffs)

v.                                   CIVIL ACTION NO. __10-976__

_Delaware Technical And_

_Comm. College_

(Name of Defendant or Defendants)

## COMPLAINT

1.   This action is brought pursuant to _410 Anti Trust_
     (Federal statute on which action is based)

for discrimination related to _Sex, Age_ jurisdiction exists by virtue of
     (In what area did discrimination occur? e.g. race, sex, religion)

_42 USC 81983_ .0.
(Federal statute on which jurisdiction is based)

2.   Plaintiff resides at _2912 N. Washington Street_
                          (Street Address)

_Wilmington_        _Delaware_   _19802_
(City)       (County)       (State)       (Zip Code)
_856   5815054_ .
(Area Code)  (Phone Number)

3.   Defendant resides at, or its business is located at _Conected_
                                                          (Street Address)

_____ .
(City)       (County)       (State)       (Zip Code)

4.   The alleged discriminatory acts occurred on _10th_ , _January_ , _2008_ .
                                                  (Day)      (Month)    (Year)

5.   The alleged discriminatory practice  Q is   Q is not  continuing.

DEFENDANTS RESIDE:

1) KATHERN R. FRIEL DEAN OF INSTRUCTION

   DELAWARE TECHNICAL CAND COMMUNITY COLLEGE

   300 NORTH SHIPLY STREET

   WILMINGTON, DELAWARE 19802


2) COLLETTE HAYES REGISTARR OFFICE

   DELAWARE TECHNICAL AND COMMUNITY COLLEGE

   300 NORTH SHIPLEY STREET

   WILMINGTON, DELAWARE 19802


3) DR. ORLANDO J. GEORGE HR, PRESIDENT

   DELAWARE TECHNICAL AND COMMUNITY COLLEGE

   300 NORTH SHIPLEY STREET

   WILMINGTON, DELAWARE 19802

4) FINANCIAL AID PROCESSING WILMINGTON (OFFICIAL CAPACITY)

   DELAWARE TECHNICAL AND COMMUNITY COLLEGE

   300 NORTH SHIPLEY STREET

   WILMINGTON, DELAWARE 19802

5) DR. MARY CHEN BUISNESS OFFICE

   DELAWARE TECHNICAL AND COMMUNITY COLLEGE

   300 NORTH SHIPLEY STREET

   WILMINGTON, DELAWARE 19802

6. Plaintiff(s) filed charges with the _DELAWARE COMMUNITY COLLEGE_

(Agency)

_____

(Street Address)        (City)        (County)        (State)   (Zip)

regarding defendant(s) alleged discriminatory conduct on: _____ _N/A_ _____

(Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8. Was an appeal taken from the agency's decision?        Yes  **Q**        ~~No  **Q**~~

If yes, to whom was the appeal taken?_____

9. The discriminatory acts alleged in this suit concern:  (Describe facts on additional sheets if necessary)

_P.I. ON AND AFTER JANUARY 10th 2008, AT THE DEFENDANTS_

_OFFICES, THE PLAINTIFF MR. OTIS MICHAEL BRIDGEFORTH, SUFFERED_

_FROM DEPRIVATION, JEOPARDIZING OF STUDENTS CAREER, AND DENIAL_

_OF ACCEPTANCE INTO OTHER INSTITUTIONS, STEMMING FROM THE_

_DEFENDANTS UNCONSTITUTIONAL ACTIONS. EACH DEFENDANT TOGETHER,_

_AGREED TO VIOLATE THE UNITED STATES CONSTITUTION ANTITRUST_

_LAWS. THE DEFENDANTS HAD A MEETING AND AGREED TO ALTER THE_

10.        Defendant's conduct is discriminatory with respect to the following:

A.    **Q**        Plaintiff's race

B.    **Q**        Plaintiff's color

C.    **Q**✓        Plaintiff's sex

D.    **Q**        Plaintiff's religion

E.    **Q**        Plaintiff's national origin

PLAINTIFFS, COLLEGE STUDENT ACADEMIC TRANSCRIPT. THE FEDERAL ANTI-TRUST

CONTRACT AND INSTITUTIONAL POLICY VIOLATIONS, CAUSED THE PLAINTIFF TO BE NOT

ACCEPTED INTO THE DELAWARE STATE UNIVERSITY IN 2010, (SEE EXHIBIT).  IN

ADDITION, THE DEFENDANTS REMOVED A FEDERAL PELL GRANT, THAT WAS AWARDED

TO THE PLAINTIFF IN SUMMER 2007, AND IN RETURN ALLEGE THAT THE PLAINTIFF

OWES THE SCHOOL, FOR A POLITICAL SCIENCE COURSE AND BOOKS THAT HAVE BEEN

PAID IN FULL BY THE FEDERAL GOVERNMENT AND INSTITUTIONAL FINANCIAL AID

AWARD FOR THAT ACADEMIC YEAR OF 2007. THE DEFENDANTS PLACE A HOLD ON THE

PLAINTIFF(S) COLLEGE TRANSCRIPT AND DEMAND UNOWED FUNDS FROM THE

PLAINTIFF, WHO HAS PROFESSIONAL ATHLETE TALENT, AND ALUMI STUDENT

POTENTIAL. WHEN THE DEFENDANTS FINALLY ADDED THE SPRING 2003-2004 CLASSES

ONTO THE PLAINTIFFS TRANSCRIPT, THE DEFENDANTS REMOVED THE PLAINTIFFS

ORIGINAL GRADE, AND EXCHANGED IT WITH A "U" GRADE, WHICH DECREASED THE

PLAINTIFFS GRADE POINT AVERAGE. THE PLAINTIFF NOW CLAIMS THE DEPRIVATION

AND JEOPARDIZATION OF HIS CAREER CAUSES DEMANDING A SUM OF FIVE MILLION

DOLLARS OF MONETARY COMPENSATION.  THE DEFENDANTS OPERATED IN OFFICIAL

AND INDIVIDUAL CAPACITY, BUT TOGETHER COMMITTING EACH CAUSE OF RELIEF

SEEKED.  EXHIBITS ATTACHED.


DATED: 11/10/2010

11.    Plaintiff prays for the following relief:   (Indicate the exact relief requested)

MONETARY $5,000,000.00 [FIVE MILLION DOLLARS]

NON MONETARY [STUDENT/PLAINTIFFS] ACADEMIC RECORDS

CORRECTED AT THE DEFENDANTS WORKPLACE].

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: _11/10/2010_

_(Signature of Plaintiff)_

Record of: Otis Michael Bridgeforth                                    U N O F F I C I A L        Page:   1
Current Name: Otis Michael Bridgeforth
              2912 N. Washington Street
              Wilmington, DE 19802

    Issued To: Otis Bridgeforth
               2912 N. Washington Street
               Wilmington, DE 19802

Course Level: Credit
 First Admit: Summer 2002
  Last Admit: Summer 2003
 Matriculated: Summer 2003

Current Program
        College : Delaware Tech
        Major   : Criminal Justice

| SUBJ | NO. | C | COURSE TITLE | CRED | GRD | PTS R |
|------|-----|---|--------------|------|-----|-------|

**TRANSFER CREDIT ACCEPTED BY THE INSTITUTION:**

2001-2002                Hudson Valley Cmty College

| SUBJ | NO. | | COURSE TITLE | CRED | GRD | |
|------|-----|--|-------------|------|-----|--|
| CIS | 107 | | Intro to Computers/Application | 3.00 | T | |
| PSY | 121 | | General Psychology | 3.00 | T | |

Ehrs:  6.00 GPA-Hrs:  0.00 QPts:   0.00 GPA:  0.00

Fall 2004-05             Adv Credit - Test Out

| NCW | 091 | | Intro to Textual Analysis | 1.00 | AC | |
| RDG | 120 | | Critical Reading & Thinking | 3.00 | AC | |

Ehrs:  4.00 GPA-Hrs:  0.00 QPts:   0.00 GPA:  0.00

**INSTITUTION CREDIT:**

Summer 2002
  Visiting College student
| ENG | 124 | 4 | Oral Communications | 3.00 | A | 12.00 |

Ehrs:  3.00 GPA-Hrs: 3.00   QPts:  12.00 GPA:  4.00
Good Standing

Summer 2003
  Gerontology Studies
| ENG | 121 | 5 | Composition | 3.00 | C | 6.00 |
| MAT | 012 | 4 | Review of Math Fundamentals | 4.00 | BE | 0.00 |

Ehrs:  7.00 GPA-Hrs: 3.00   QPts:   6.00 GPA:  2.00
Good Standing
******************* CONTINUED ON NEXT COLUMN *******************

| SUBJ | NO. | C | COURSE TITLE | CRED | GRD | PTS R |
|------|-----|---|--------------|------|-----|-------|

**Institution Information continued:**

Fall 2003-2004
  Gerontology Studies
| GER | 221 | 4 | Ethics/Case Mgt in Gerontology | 3.00 | A | 12.00 |
| HMS | 121 | 4 | Intro To Human Services | 3.00 | C | 6.00 |
| HMS | 122 | 4 | Theories of Counseling | 3.00 | R | 0.00 I |
| MAT | 120 | 4 | Math for Behavioral Sciences | 3.00 | C | 6.00 |

Ehrs:  9.00 GPA-Hrs: 12.00  QPts:   24.00 GPA:  2.00
Good Standing

Spring 2003-2004
  Gerontology Studies
| GER | 230 | 4 | Assessment&Trmt/Gerontology | 3.00 | U | 0.00 |
| HMS | 122 | 4 | Theories of Counseling | 3.00 | U | 0.00 |
| HMS | 229 | 4 | Adult Development & Aging | 3.00 | U | 0.00 |

Ehrs:  0.00 GPA-Hrs: 9.00   QPts:   0.00 GPA:  0.00
Good Standing

Fall 2004-2005
  Human Services
| BIO | 110 | 4 | Intro to Anatomy & Physiology | 4.00 | R | 0.00 |
| NCW | 091 | 4 | Intro to Textual Analysis | 1.00 | CE | 0.00 |
| RDG | 120 | 4 | Critical Reading & Thinking | 3.00 | R | 0.00 E |
| SPA | 133 | 4 | Spanish for Social Services | 3.00 | C | 6.00 |
| SSS | 101 | 4 | Mastering College Life | 1.00 | A | 4.00 |

Ehrs:  5.00 GPA-Hrs: 8.00   QPts:  10.00 GPA:  1.25
Good Standing

Spring 2004-2005
  Human Services
| BIO | 140 | 4 | General Biology | 4.00 | R | 0.00 |
| HMS | 144 | 4 | Survey of Human Development | 3.00 | C | 6.00 |
| RDG | 120 | 4 | Critical Reading & Thinking | 3.00 | W | 0.00 |

Ehrs:  3.00 GPA-Hrs: 7.00   QPts:   6.00 GPA:  0.85
Academic Warning
******************* CONTINUED ON PAGE  2  *******************

Student No: 700278660

Date Issued: 07-MAY-2010
UOFF

Record of: Otis Michael Bridgeforth
Level: Credit

U N O F F I C I A L      Page:    2

| SUBJ | NO. | C | COURSE TITLE | CRED | GRD | PTS | R |
|------|-----|---|--------------|------|-----|-----|---|

Institution Information continued:

**Summer 2005**
**Human Services**

| SUBJ | NO. | C | COURSE TITLE | CRED | GRD | PTS | R |
|------|-----|---|--------------|------|-----|-----|---|
| BIO | 100 | 2 | Medical Terminology | 3.00 | W | 0.00 | |
| RDG | 120 | 4 | Critical Reading & Thinking | 3.00 | C | 6.00 | I |
| SSS | 102 | 4 | Personal/Career Development | 1.00 | A | 4.00 | I |
| SSS | 103 | 4 | Adult Learner Success Strategy | 1.00 | A | 4.00 | |
| SSS | 106 | 4 | Becoming a Peer Helper | 1.00 | A | 4.00 | |

Ehrs:   6.00 GPA-Hrs: 6.00    QPts:    18.00 GPA:    3.00
Good Standing

**Fall 2005-2006**
**Criminal Justice**

| BIO | 100 | 2 | Medical Terminology | 3.00 | C | 6.00 | |
|-----|-----|---|---------------------|------|---|------|--|
| CRJ | 104 | 6 | Drugs Society/Human Behavior | 3.00 | C | 6.00 | |
| ENG | 051 | 5 | Pre-Tech Writing | 4.00 | BE | 0.00 | |
| HLH | 100 | 4 | Intro To Health Careers | 1.00 | C | 2.00 | |
| OAT | 110 | 2 | Basic Keyboarding | 2.00 | O | 0.00 | |
| SSS | 102 | 4 | Personal/Career Development | 1.00 | A | 0.00 | E |

Ehrs:   7.00 GPA-Hrs: 7.00    QPts:    14.00 GPA:    2.00
Good Standing

**Spring 2005-2006**
**Criminal Justice**

| AGS | 102 | 2 | Agricultural Science | 3.00 | B | 9.00 |
|-----|-----|---|----------------------|------|---|------|
| CRJ | 102 | 5 | Criminal Law | 3.00 | C | 6.00 |

Ehrs:   6.00 GPA-Hrs: 6.00    QPts:    15.00 GPA:    2.50
Good Standing

**Fall 2006-2007**
**Criminal Justice**

| CRJ | 110 | 6 | Issues in Law Enforcement | 3.00 | C | 6.00 |
|-----|-----|---|---------------------------|------|---|------|
| CRJ | 118 | 5 | Corrections in America | 3.00 | C | 6.00 |
| POL | 111 | 2 | Political Science | 3.00 | R | 0.00 |

Ehrs:   6.00 GPA-Hrs: 9.00    QPts:    12.00 GPA:    1.33
Academic Warning
******************* CONTINUED ON NEXT COLUMN *******************

Institution Information continued:

**Summer 2007**
**Criminal Justice**

| POL | 111 | 4 | Political Science | 3.00 | W | 0.00 |
|-----|-----|---|-------------------|------|---|------|

Ehrs:   0.00 GPA-Hrs: 0.00    QPts:    0.00 GPA:    0.00
Academic Warning

******************** TRANSCRIPT TOTALS ************************

|  | Earned Hrs | GPA Hrs | Points | GPA |
|--|-----------|---------|--------|-----|
| TOTAL INSTITUTION | 52.00 | 70.00 | 117.00 | 1.67 |
| TOTAL TRANSFER | 10.00 | 0.00 | 0.00 | 0.00 |
| OVERALL | 62.00 | 70.00 | 117.00 | 1.67 |

******************** END OF TRANSCRIPT ************************

Student No: 700278660                                                    Date Issued: 10-JAN-2008
                                                                                              UOFF

Record of: Otis Michael Bridgeforth                    U N O F F I C I A L          Page:   1
Current Name: Otis Michael Bridgeforth
              118 Chesterfield Drive
              New Castle, DE 19720

Issued To: Livingston Correct'al Facility
           Attn: Otis Bridgeforth
           Route 36, Sonyea RD
           Sonyea, NY 14556

Course Level: Credit
  First Admit: Summer 2002
  Last Admit: Summer 2003
  Matriculated: Summer 2003

Current Program
        College : Delaware Tech
        Major : Criminal Justice

| SUBJ | NO. | C | COURSE TITLE | CRED | GRD | PTS | R |
|------|-----|---|--------------|------|-----|-----|---|

**TRANSFER CREDIT ACCEPTED BY THE INSTITUTION:**

2001-2002            Hudson Valley Cmty College

| SUBJ | NO. | C | COURSE TITLE | CRED | GRD | PTS | R |
|------|-----|---|--------------|------|-----|-----|---|
| CIS | 107 | | Intro to Computers/Application | 3.00 | T | | |
| PSY | 121 | | General Psychology | 3.00 | T | | |

Ehrs: 6.00 GPA-Hrs: 0.00 QPts: 0.00 GPA: 0.00

Fall 2004-05            Adv Credit - Test Out

| NCW | 091 | | Intro to Textual Analysis | 1.00 | AC | | |
| RDG | 120 | | Critical Reading & Thinking | 3.00 | AC | | |

Ehrs: 4.00 GPA-Hrs: 0.00 QPts: 0.00 GPA: 0.00

**INSTITUTION CREDIT:**

Summer 2002
  Visiting College student
| ENG | 124 | 4 | Oral Communications | 3.00 | A | 12.00 | |

Ehrs: 3.00 GPA-Hrs: 3.00 QPts: 12.00 GPA: 4.00
Good Standing

Summer 2003
  Gerontology Studies
| ENG | 121 | 5 | Composition | 3.00 | C | 6.00 | |
| MAT | 012 | 4 | Review of Math Fundamentals | 4.00 | BE | 0.00 | |

***************** CONTINUED ON NEXT COLUMN *****************

| SUBJ | NO. | C | COURSE TITLE | CRED | GRD | PTS | R |
|------|-----|---|--------------|------|-----|-----|---|

Institution Information continued:
  Ehrs: 7.00 GPA-Hrs: 3.00   QPts:   6.00 GPA:   2.00
Good Standing

Fall 2003-2004
  Gerontology Studies
| GER | 221 | 4 | Ethics/Case Mgt in Gerontology | 3.00 | A | 12.00 | |
| HMS | 121 | 4 | Intro To Human Services | 3.00 | C | 6.00 | |
| HMS | 122 | 4 | Theories of Counseling | 3.00 | R | 0.00 | I |
| MAT | 120 | 4 | Math for Behavioral Sciences | 3.00 | C | 6.00 | |

Ehrs: 9.00 GPA-Hrs: 12.00 QPts: 24.00 GPA: 2.00
Good Standing

Fall 2004-2005
  Human Services
| BIO | 110 | 4 | Intro to Anatomy & Physiology | 4.00 | R | 0.00 | |
| NCW | 091 | 4 | Intro to Textual Analysis | 1.00 | CE | 0.00 | |
| RDG | 120 | 4 | Critical Reading & Thinking | 3.00 | R | 0.00 | E |
| SPA | 133 | 4 | Spanish for Social Services | 3.00 | C | 6.00 | |
| SSS | 101 | 4 | Mastering College Life | 1.00 | A | 4.00 | |

Ehrs: 5.00 GPA-Hrs: 8.00   QPts:  10.00 GPA:   1.25
Good Standing

Spring 2004-2005
  Human Services
| BIO | 140 | 4 | General Biology | 4.00 | R | 0.00 | |
| HMS | 144 | 4 | Survey of Human Development | 3.00 | C | 6.00 | |
| RDG | 120 | 4 | Critical Reading & Thinking | 3.00 | W | 0.00 | |

Ehrs: 3.00 GPA-Hrs: 7.00   QPts:   6.00 GPA:   0.85
Academic Warning

Summer 2005
  Human Services
| BIO | 100 | 4 | Medical Terminology | 3.00 | W | 0.00 | |
| RDG | 120 | 4 | Critical Reading & Thinking | 3.00 | C | 6.00 | I |
| SSS | 102 | 4 | Personal/Career Development | 1.00 | A | 4.00 | I |

***************** CONTINUED ON PAGE 2 *****************

Student No: 700278660                                              Date Issued: 10-JAN-2008
                                                                                      UOFF

Record of: Otis Michael Bridgeforth                          U N O F F I C I A L         Page:   2
       Level: Credit

| SUBJ | NO. | C | COURSE TITLE | CRED | GRD | PTS | R |
|------|-----|---|--------------|------|-----|-----|---|
| Institution Information continued: | | | | | | | |
| SSS | 103 | 4 | Adult Learner Success Strategy | 1.00 | A | 4.00 | |
| SSS | 106 | 4 | Becoming a Peer Helper | 1.00 | A | 4.00 | |

   Ehrs:   6.00  GPA-Hrs: 6.00   QPts:   18.00 GPA:   3.00
Good Standing

Fall 2005-2006
   Criminal Justice

| BIO | 100 | 2 | Medical Terminology | 3.00 | C | 6.00 | |
| CRJ | 104 | 6 | Drugs Society/Human Behavior | 3.00 | C | 6.00 | |
| ENG | 051 | 5 | Pre-Tech Writing | 4.00 | BE | 0.00 | |
| HLH | 100 | 4 | Intro To Health Careers | 1.00 | C | 2.00 | |
| OAT | 110 | 2 | Basic Keyboarding | 2.00 | O | 0.00 | |
| SSS | 102 | 4 | Personal/Career Development | 1.00 | A | 0.00 | E |

   Ehrs:   7.00 GPA-Hrs: 7.00   QPts:   14.00 GPA:   2.00
Good Standing

Spring 2005-2006
   Criminal Justice

| AGS | 102 | 2 | Agricultural Science | 3.00 | B | 9.00 | |
| CRJ | 102 | 5 | Criminal Law | 3.00 | C | 6.00 | |

   Ehrs:   6.00 GPA-Hrs: 6.00   QPts:   15.00 GPA:   2.50
Good Standing

Fall 2006-2007
   Criminal Justice

| CRJ | 110 | 6 | Issues in Law Enforcement | 3.00 | C | 6.00 | |
| CRJ | 118 | 5 | Corrections in America | 3.00 | C | 6.00 | |
| POL | 111 | 2 | Political Science | 3.00 | R | 0.00 | |

   Ehrs:   6.00 GPA-Hrs: 9.00   QPts:   12.00 GPA:   1.33
Academic Warning

Summer 2007
   Criminal Justice

| POL | 111 | 4 | Political Science | 3.00 | W | 0.00 | |

****************** CONTINUED ON NEXT COLUMN ******************

---

| SUBJ | NO. | C | COURSE TITLE | CRED | GRD | PTS | R |
|------|-----|---|--------------|------|-----|-----|---|
| Institution Information continued: | | | | | | | |

   Ehrs:   0.00 GPA-Hrs: 0.00   QPts:   0.00 GPA:   0.00
Academic Warning
****************** TRANSCRIPT TOTALS **********************

|  | Earned Hrs | GPA Hrs | Points | GPA |
|--|------------|---------|--------|-----|
| TOTAL INSTITUTION | 52.00 | 61.00 | 117.00 | 1.91 |
| TOTAL TRANSFER | 10.00 | 0.00 | 0.00 | 0.00 |
| OVERALL | 62.00 | 61.00 | 117.00 | 1.91 |

******************* END OF TRANSCRIPT ********************

# CONFIDENTIAL INFORMATION

# DELAWARE TECH



## *Student Schedule/Bill*

Wilmington Campus
333 Shipley Street
Wilmington, DE 19801
(302) 571-5311

**DATE:** 02/24/2010

**Phone:** 302-685-9817
**ID#:** 700278660
**Term:** 200753  **Campus:** Stanton
**Major:** Criminal Justice
**Username:** obridgef
**Advisor:** Keith, Henry

Mr Otis M. Bridgeforth
118 Chesterfield Drive
New Castle, DE 19720

For new students only, your password is the month and day of your birthday and the last 4 digits of your Social Security Number in the following format..(MMDDNNNN).

## Schedule Information

| CRN | P/T | SUBJ | CRSE | SECT | TITLE | CR | ST | START DATE | DAYS | TIME | BLDG | ROOM |
|-----|-----|------|------|------|-------|----|----|-----------|------|------|------|------|
| 30019 | 1 | POL | 111 | 4T1 | Political Science | 3 | W2 | 05/21 | TBA | - | OFFCW | |
| | | | | | | 3.00 | | | | | | |

| CURRENT TERM CHARGES | | CREDITS - ANTICIPATED CREDITS | | BALANCES | |
|---|---|---|---|---|---|
| Bookstore Charge Wilmington | 196.40 | Cash Payment | 15.00 | | |
| DTCC Tuition Charge | 258.75 | | | **Current Term Balance:** | 499.15 |
| Registration Fee | 15.00 | | | | |
| Student Service Fee | 6.00 | | | **Previous Balance:** | 0.00 |
| Technology Support Fee | 18.00 | | | | |
| Telecourse Fee | 20.00 | | | **Future Term Charges:** | 0.00 |

*ONLINE COURSE NOT TELLE COURSE*

NOTE:
All tuition and fees charges are subject to revision pending final audit by the Business Office.

Any Changes approved by the Board of Trustees in tuition/fees for the fall semester will result in an additional billing at the new rate.

**Current Term Charges:** $ 514.15    **Current Term Credits:** $ 15.00

---

**\*\*\*\*Deferred Payment Plan (read stipulation in Handbook) \*\*\*\***

I agree to make my 2nd payment of $ _____    on or by 02/08/2010

I agree to make my 3rd payment of $ _____    on or by 03/08/2010

**Sign:** _____

## PAY ONLINE

Options: Registration Fee, Deferred Payment, Balance Due, Payment in Full.

Access: MY.DTCC.EDU & follow these steps
1. BannerWeb Student Record System
2. Student Services/Financial Aid
3. Registration or Student Records
4. Online Payment

---

**If mailing payment, include this stub and send payments to:**

*Dr. maeN Chen 302-292-3878*

Delaware Technical & Community College
Wilmington Campus
Business Office
333 Shipley Street
Wilmington, DE 19801

**Student Name:** Mr Otis M. Bridgeforth
**Student ID Number:** 700278660

**Term:** 200753

Additional Information on the Back.
Contact the Registrar's Office to update your address.

**Payment Method (DO NOT SEND CASH)**

Pay this amount: $499.15    Amount Paid: $ _____

☐ **Check Payable to DTCC, include Student ID# on CHECK**

Credit Card (check one) ☐ VISA ☐ MasterCard ☐ Discover

Card Number: _____ Exp Date: _____
Card Code # : _____
(The card code is a three-digit security code that is printed on the back of cards. The number typically appears at the end of the signature panel.)

Cardholder Name: _____

Cardholder Address: _____

City/State/ZIP: _____

Signature: _____



RPAward Maintenance RPAAWRD 8.5 (DTCC)   24-FEB-2010 10:53 AM

Aid Year: 0607 ▾   ID: 700278660 ▾ Mr Otis Michael Bridgeforth

**Award Maintenance**   **Fund Awards by Term**   **Disbursement Schedule**

**Amounts**   **Options**   **Overrides**

| Award Lock | Fund ▾ | Status | Term ▾ | Offered | Accepted | Declined or Cancelled | Memoed or Authorized | Paid |
|---|---|---|---|---|---|---|---|---|
| | SFSEOG | | | | | | | |
| N | SFSEOG | ACPT | 200752 | .00 | .00 | | | |
| N | SFSLP | ACPT | 200751 | .00 | .00 | | | 1,750.00 |
| N | SFSLP | ACPT | 200752 | .00 | .00 | | | |
| N | SPELL | ACPT | 200751 | 2025.00 | 2025.00 | | | 1,519.00 |
| N | SPELL | ACPT | 200753 | .00 | .00 | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | **Total:** 2125.00 | 2125.00 | | | 3369.00 |

**Overall NSLDS Override**

| **Fund Total:** | 100.00 | 100.00 | .00 | .00 | 100.00 |





Student Course Registration Audit  SFASTCA 8.0 (DTCC)   24-FEB-2010 11:24 AM

Term Code: 200753
ID: 700278660  Bridgeforth, Otis M.
Registration From Date:
Registration To Date:

| Sequence Number | Term | CRN | Subject | Course | Section | Campus | Level | Grading Mode | Attempted Hours | Credit Hours | Bill Hours | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 200753 | 30396 | POL | 111 | 550 | 5 | CR | S | 3.000 | 3.000 | 3.000 | BASE |

| Course Status | Status Date | Add Date | Message | User | Activity Date | Error Flag |
|---|---|---|---|---|---|---|
| RE | 18-MAY-2007 | 25-APR-2007 | | WSKLEITZ | 18-MAY-2007 09:21:01 | |

| Sequence Number | Term | CRN | Subject | Course | Section | Campus | Level | Grading Mode | Attempted Hours | Credit Hours | Bill Hours | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 200753 | 30011 | HIS | 112 | 4T1 | 4 | CR | S | 3.000 | 3.000 | 3.000 | BASE |

| Course Status | Status Date | Add Date | Message | User | Activity Date | Error Flag |
|---|---|---|---|---|---|---|
| RE | 18-MAY-2007 | 18-MAY-2007 | | WSKLEITZ | 18-MAY-2007 09:25:53 | |

| Sequence Number | Term | CRN | Subject | Course | Section | Campus | Level | Grading Mode | Attempted Hours | Credit Hours | Bill Hours | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 200753 | 30011 | HIS | 112 | 4T1 | 4 | CR | S | 0.000 | 0.000 | 0.000 | BASE |

| Course Status | Status Date | Add Date | Message | User | Activity Date | Error Flag |
|---|---|---|---|---|---|---|
| DD | 18-MAY-2007 | 18-MAY-2007 | | WSKLEITZ | 18-MAY-2007 09:48:10 | D |





**Student Course Registration Audit SFASTCA 8.0 (DTCC)   24-FEB-2010 11:26 AM**

Term Code: 200753   Registration From Date:   Registration To Date:
ID: 700278660   Bridgeforth, Otis M.

| Sequence Number | Term | CRN | Subject | Course | Section | Campus | Level | Grading Mode | Attempted Hours | Credit Hours | Bill Hours | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 200753 | 30408 | COM | 111 | 521 | S | CR | S | 3.000 | 3.000 | 3.000 | BASE |

| Course Status | Status Date | Add Date | Message | | User | Activity Date | Error Flag |
|---|---|---|---|---|---|---|---|
| RE | 05-JUN-2007 | 05-JUN-2007 | | | SDSIMMON | 05-JUN-2007 10:22:40 | |

| Sequence Number | Term | CRN | Subject | Course | Section | Campus | Level | Grading Mode | Attempted Hours | Credit Hours | Bill Hours | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 200753 | 30019 | POL | 111 | 4T1 | 4 | CR | S | 3.000 | 3.000 | 3.000 | TEMP |

| Course Status | Status Date | Add Date | Message | | User | Activity Date | Error Flag |
|---|---|---|---|---|---|---|---|
| W2 | 07-JUN-2007 | 18-MAY-2007 | Final updated to W | | WWW_USER | 07-JUN-2007 17:19:17 | |

| Sequence Number | Term | CRN | Subject | Course | Section | Campus | Level | Grading Mode | Attempted Hours | Credit Hours | Bill Hours | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 200753 | 30019 | POL | 111 | 4T1 | 4 | CR | S | 3.000 | 3.000 | 3.000 | BASE |

| Course Status | Status Date | Add Date | Message | | User | Activity Date | Error Flag |
|---|---|---|---|---|---|---|---|
| W2 | 07-JUN-2007 | 18-MAY-2007 | Final updated to W | | WWW_USER | 07-JUN-2007 17:19:17 | |







Student Course Registration Audit  SFASTCA  6.0  (DTCC)   24-FEB-2010 11:27 AM

Term Code: 200753
ID: 700278660  Bridgeforth, Otis M.

Registration From Date:
Registration To Date:

| Sequence Number | Term | CRN | Subject | Course | Section | Campus | Level | Grading Mode | Attempted Hours | Credit Hours | Bill Hours | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 200753 | 30396 | POL | 111 | 550 | 5 | CR | S | 0.000 | 0.000 | 0.000 | BASE |

| Course Status | Status Date | Add Date | Message | User | Activity Date | Error Flag |
|---|---|---|---|---|---|---|
| DD | 18-MAY-2007 | 25-APR-2007 | Record deleted 12-JUN-2007 | SNMACOLL | 12-JUN-2007 12:21:55 | D |

| Sequence Number | Term | CRN | Subject | Course | Section | Campus | Level | Grading Mode | Attempted Hours | Credit Hours | Bill Hours | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 200753 | 30011 | HIS | 112 | 4T1 | 4 | CR | S | 0.000 | 0.000 | 0.000 | BASE |

| Course Status | Status Date | Add Date | Message | User | Activity Date | Error Flag |
|---|---|---|---|---|---|---|
| DD | 18-MAY-2007 | 18-MAY-2007 | Record deleted 12-JUN-2007 | SNMACOLL | 12-JUN-2007 12:21:55 | D |

| Sequence Number | Term | CRN | Subject | Course | Section | Campus | Level | Grading Mode | Attempted Hours | Credit Hours | Bill Hours | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 200753 | 30408 | COM | 111 | 521 | 5 | CR | S | 0.000 | 0.000 | 0.000 | BASE |

| Course Status | Status Date | Add Date | Message | User | Activity Date | Error Flag |
|---|---|---|---|---|---|---|
| CC | 12-JUN-2007 | 05-JUN-2007 | | SNMACOLL | 12-JUN-2007 12:21:55 | D |

 **Right now, we've dropped** the surcharge for **21-24 year olds.** 

Baseball: L 1-10 vs. Liberty - LIBERTY COMPLETES SWEEP OF HORNETS...

Home   DESU.edu   Men's Sports   Women's Sports   Inside Athletics   Tickets   T

**Thank you.**

**Your information has been recorded.**

**Please print out a copy for your records.**

**\*Required Fields**

**\*10. First Name: OTIS**

**\*20. Last Name: BRIDGEFORTH**

**\*30. Email Address: BRIDGEFORTH46@YAHOO.COM**

**40. Home Phone: 302-652-1386**

**\*50. Cell Phone: 518-308-7642**

**\*60. Home Address: 2912 NORTH WASHINGTON STREET**

**\*70. Zip Code: 19802**

**\*70. City: WILMINGTON**

**\*70. State: DELAWARE**

**80. Father's Name:**

**80. Mother's Name: MARLENN BRIDGEFORTH**

**90. Fathers Occupation:**

**90. Mothers Occupation:**

**\*110. High School or Junior College: HOWARD**

**\*120. Address: EAST 12TH STREET**

**\*130. Date of Graduation: 2001**

**140. Class Rank::**

**150. GPA:**

**155. SAT Score::**

**160. ACT Score::**

**\*165. Intended Major (if undecided, please put undecided): MUSIC**

**\*170. Have you applied to Delaware State University?: Yes**

**\*175. Have you registered with the NCAA Clearinghouse?: No**

**180. List Academic Honors:: ASSOCIATE DEGREE AWARDED 12-30-2005**

**190. Junior College or Team: HVCC**

**200. Upcoming Tournaments::**

**205. Name of Junior College or Club Team Coach::**

**215. Coach Phone Number:**

**225. Name of High School Coach::**

**230. High School Coach Home Phone Number:**

**235. High School Coach Work Phone Number:**

**\*240. Position Played: RUNNINGBACK**

**\*245. Your Jersey Number:: 3**

**250. Do You Have A Video Available?: No**

**\*255. List Your Athletic Achievements:: CHAMPIONSHIPS**

**\*260. Other Schools You Are Considering:: NONE**

**265. Additional Comments or Questions You May Have:: CALL ME 518-308-7642 THE ATHLETICS DE
MY SITUATION IM 6'1 180 SQUATING 500 DUNKING A BASKETTBALL IM GOOD ENOUGH TO BE ALI
TEAM TO A NATIONAL CHAMPIONSHIP I JUST CAME FROM JAIL 2-11-2010 IN NYST, AND IM WELL
SPORTY SURJURIES OR SURJURIES. I RUN A 4.4 FORTY COULD GET BACK 3 YEARS OF ELIGIBILI
SCHOLORSHIP IN PRE SEASON CAMP IF ALL GOES RIGHT COACH**











© 2010 - Delaware State
University
All Rights Reserved

Site Map | Contact Us | News Feed (RSS) | Privacy & Terms

College Sports Direct

**DelawareState University** | College of Arts, Humanities and Social Sciences

SITEMAP | RSS
CONTACT | DIRECTORY | WEBMAIL | MY DESU

Admissions   Financial Assistance   Academics   Research   Student Affairs   Athletics   Library   Administration   About DSU

## Radio/Audio Production

**Academics**

College of Arts, Humanities & Social Sciences

  Department of Mass Communications

  Bachelor's Programs

  **Radio/Audio Production**

    Radio/Audio Production Curriculum

    Broadcast Journalism

    Print Journalism

    Public Relations

    TV Production

  Course Descriptions for Mass Communications

  Facilities

  Student Activities

  Equipment Reservation System

Department of Art

Department of English and Foreign Languages

Department of History, Political Science and Philosophy

Department of Music

Department of Psychology

Department of Sociology and Criminal Justice

Academic Calendar

Academic Enrichment

Adult and Continuing Education

College of Agriculture & Related Sciences

College of Business

College of Education

College of Health &

### Introduction

Delaware State's Radio / Audio Production program attracts a lot of attention on campus, thanks to the prominence of student-run station WDSU, also known as "The Hive." On the air since 1978, WDSU gives students an extensive hands-on education in broadcasting and audio production. This practical experience enables students to develop the technical, creative, and management skills necessary to establish a career in the radio industry.

The program includes two off-campus internships at professional radio stations, where students can establish professional contacts and acquire some workplace smarts. And in the classroom, they explore mass communications from a theoretical perspective — and learn how radio evolved into (and remains) a medium that can influence public opinions, tastes, and attitudes.

WDSU carries a full range of programming, including news, music, sports, and politics.

### Professional Preparation

Radio/Audio Production majors develop a wide range of skills that translate directly to the workplace. These include

- broadcast writing
- sound production
- radio station operations
- news gathering and reporting
- media research techniques
- telecom management
- media law and ethics

With the rise of the Internet and online broadcasting, the radio industry is changing. Our program emphasizes the online convergence of mass communications, preparing students for the jobs of the future. Our graduates go on to careers in all aspects of the radio business, including technical production, on-air talent, and front office management.

### Faculty

Delaware State's mass communications instructors teach from experience. All have spent years in the communications industry and are able to convey both the theoretical and practical concepts that students need to build their careers. Our faculty includes radio veterans such as Andy Harris (the general manager of Dover ratings leader WDOV-AM) and longtime on-air host Ava Perrine. The mass communications faculty also includes documentary filmmakers, public relations professionals, online journalists, and veterans of the newspaper and television industries.

### Research and Experience

Between their on-campus work at WDSU and their two off-campus internships, Delaware State graduates acquire hundreds of hours of direct experience behind the microphone and at the

Public Policy

College of Mathematics, Natural Sciences & Technology

Distance Education & Learning Technologies

General Education

Graduate Studies

International Programs

Majors & Concentrations Undergraduate

Majors and Concentrations Graduate

Provost/Academic Affairs

Center for Teaching and Learning

HBCU-UP SMILE

**Admissions**

**Financial Assistance**

**Research**

**Student Affairs**

**Athletics**

**Library**

**Administration**

**About DSU**

soundboard. In addition, our students can interact with professionals by getting involved in campus chapters of the Black Broadcasters Alliance, National Association of Black Journalists, and other organizations.

Some undergraduates from the Mass Communications department have participated in the McNair Program, winning research stipends and presenting their findings at national conferences. All Mass Communications students have the opportunity to present original research on campus every spring during Honors Day.

**Printer-friendly version**        **Send to friend**

Acceptable Use Policy    Disclaimer    Privacy Statement    Webmaster    ©2009 All Rights Reserved

Delaware State University | 1200 N. DuPont Highway | Dover, DE 19901 | Daytime: 302.857.6060 | Evening: 302.857.6290

**Delaware State University**
College of Arts, Humanities and Social Sciences

Admissions   Financial Assistance   Academics   Research   Student Affairs   Athletics   Library   Administration   About DSU

# Curriculum for Bachelor's Degree Radio/Audio Production

**Academics**

College of Arts, Humanities & Social Sciences

  Department of Mass Communications

    Bachelor's Programs

      Radio/Audio Production

      **Radio/Audio Production Curriculum**

      Broadcast Journalism

      Print Journalism

      Public Relations

      TV Production

    Course Descriptions for Mass Communications

    Facilities

    Student Activities

    Equipment Reservation System

  Department of Art

  Department of English and Foreign Languages

  Department of History, Political Science and Philosophy

  Department of Music

  Department of Psychology

  Department of Sociology and Criminal Justice

Academic Calendar

Academic Enrichment

Adult and Continuing Education

College of Agriculture & Related Sciences

College of Business

College of Education

College of Health &

## First Year

**First Semester**

| | | |
|---|---|---|
| 01-101 | English Composition I | 3 |
| 25-101 | Survey of Mathematics I | 3 |
| 55-191 | University Seminar I | 1 |
| 55-208 | Introduction to Mass Communications | 3 |
| 55-261 | Broadcast Writing I | 3 |
| XX-XXX | Arts / Humanities Elective | 3 |
| | | 16 |

**Second Semester**

| | | |
|---|---|---|
| 01-102 | English Composition II | 3 |
| 16-100 | Lifetime Fitness and Wellness | 2 |
| 25-102 | Survey of Mathematics II | 3 |
| 55-192 | University Seminar II | 1 |
| 55-215 | TV and Radio Announcing | 3 |
| 55-223 | Sound Production I | 3 |
| | | 15 |

## Second Year

**First Semester**

| | | |
|---|---|---|
| 01-200 | Speech | 3 |
| 01-201 or 205 | World Literature I or African-American Literature I | 3 |
| 33-103 or 40-201 | Introduction to Political Science or Macroeconomics | 3 |
| 55-361 | Sound Production II | 3 |
| XX-XXX | Minor Course Requirement 1 | 3 |
| | | 15 |

**Second Semester**

| | | |
|---|---|---|
| 01-202 or 206 | World Literature II or African-American Literature II | 3 |
| 34-201 or 34-202 or 34-203 or 34-204 | American Civilization to 1865 American Civilization from 1865 The African-American Experience to 1865 The African-American Experience from 1865 | 3 |
| 55-318 | Seminar in Radio/Audio | 3 |
| 55-409 | Broadcast Writing II | 3 |
| XX-XXX | Minor Course Requirement 2 | 3 |
| XX-XXX | Natural Science Requirement 1 | 3 |
| | | 18 |

## Third Year

**First Semester**

| | | |
|---|---|---|
| 31-395 | Global Societies | 3 |
| 55-362 | Radio Station Operations | 3 |
| 55-372 | Broadcast News Gathering and Reporting | 3 |
| XX-101 | Elementary Foreign Language I | 3 |
| XX-XXX | Natural Science Requirement 2 | 3 |
| | | 15 |

**Second Semester**

| | | |
|---|---|---|
| 55-334 | Media Research Techniques | 3 |

| Public Policy | 55-450 | Internship | 3 |
|---|---|---|---|
| College of Mathematics, Natural Sciences & Technology | XX-XXX | Minor Course Requirement 3 | 3 |
| | XX-102 | Elementary Foreign Language II | 3 |
| | | | **12** |

**Fourth Year**

**First Semester**

| Distance Education & Learning Technologies | 55-425 | Mass Communications Practicum | 3 |
|---|---|---|---|
| General Education | 55-440 | Telecommunications Management | 3 |
| Graduate Studies | XX-XXX | Minor Course Requirement 4 | 3 |
| International Programs | XX-XXX | Minor Course Requirement 5 | 3 |
| Majors & Concentrations Undergraduate | XX-XXX | Minor Course Requirement 6 or Elective | 3 |
| | | | **15** |

**Second Semester**

| Majors and Concentrations Graduate | 55-407 | Media Law and Ethics | 3 |
|---|---|---|---|
| | 55-460 | Senior Project (Senior Capstone) | 3 |
| Provost/Academic Affairs | XX-XXX | Minor Course Requirement 7 or Elective | 3 |
| | XX-XXX | Minor Course Requirement 8 or Elective | 3 |
| Center for Teaching and Learning | XX-XXX | Elective | 3 |
| | | | **15** |

**Total credits 121**

HBCU-UP SMILE

**Printer-friendly version      Send to friend**

**Admissions**

**Financial Assistance**

**Research**

**Student Affairs**

**Athletics**

**Library**

**Administration**

**About DSU**